**Charles A. WOODS v. STATE.**
**No. 23890.**

Court of Criminal Appeals of Texas.
Oct. 15, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is murder. The punishment assessed is confinement in the state penitentiary for a term of three years.

Appellant has filed a motion, duly verified, in which he asks this court to dismiss his appeal in order that he may immediately begin to serve his sentence.

The motion is granted as prayed for and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

**Charles A. WOODS v. STATE.**
**No. 23891.**

Court of Criminal Appeals of Texas.
Oct. 15, 1947.

No appearance, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for the offense of failure to stop and render aid. The punishment assessed is confinement in the state penitentiary for a period of three years.

Since perfecting his appeal, appellant has filed a written motion, duly verified, requesting that the same be dismissed. The request is granted and the appeal is therefore dismissed.

**Tom NILES, Appellant, v. STATE of Texas, Appellee.**
**No. 23743.**

Court of Criminal Appeals of Texas.
Oct. 29, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was convicted of murder without malice and his punishment assessed at five years in the penitentiary.

Upon the overruling of his motion for a new trial he gave notice of appeal to this court. He now files his personal affidavit advising us that he does not desire to further prosecute his appeal and asks that same be dismissed, and a dismissal of the appeal is here ordered at appellant's request.